ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  GAnderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA BROWN and WILLIAM TERRY BROWN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV12-00109-TEH<br><br>**[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |

    Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs TANYA BROWN and WILLIAM TERRY BROWN and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1.    The Parties' request for a stay of proceedings is GRANTED;

    2.    All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

    3.    All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

joint Case Management Order in the MDL addressing remand briefing.

IT IS SO ORDERED.

Dated: January 20, 2012

*[signature]*
Hon. Thelton E. Henderson

Respectfully submitted by,

DATED: January 19, 2012    YUKEVICH CALFO & CAVANAUGH

By: */s/ Alexander G. Calfo*
Alexander G. Calfo
Kelley S. Olah
Gabrielle Anderson-Thompson
Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788