```
 1  ALEXANDER G. CALFO (SBN 152891)
       ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
       KOlah@yukelaw.com
 3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
       GAnderson-thompson@yukelaw.com
 4  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:   (213) 362-7777
 6  Facsimile:    (213) 362-7788

 7  Attorneys for Defendant
    DEPUY ORTHOPAEDICS, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA BROWN and WILLIAM TERRY BROWN, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. CV12-00109-TEH <br><br> [PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs TANYA BROWN and WILLIAM TERRY BROWN and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

joint Case Management Order in the MDL addressing remand briefing.

IT IS SO ORDERED.

Dated: __January 20,___, 2012            _____
                                         Hon. Thelton E. Henderson

Respectfully submitted by,

DATED: January 19, 2012            YUKEVICH CALFO & CAVANAUGH


                                   By:  */s/ Alexander G. Calfo*
                                        Alexander G. Calfo
                                        Kelley S. Olah
                                        Gabrielle Anderson-Thompson
                                        Attorneys for Defendant DEPUY
                                        ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788